**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:      *Joshua Matthew Flores v. The State of Texas*

Appellate case number:    01-12-01112-CR

Trial court case number:  1342936

Trial court:              230th District Court of Harris County

Date motion filed:        February 6, 2014

Party filing motion:      Appellant

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Evelyn V. Keyes
☐ Acting Individually ☒ Acting for the Court

Panel consists of: Justices Keyes, Higley, and Massengale

Date: February 25, 2014